Wiman H. Smith, as Surviving Partner, etc., Appellant, v. Edward A. Eames, as Surviving Executor, etc., Respondent.— Order affirmed, with costs. All concurred.

Western Straw Products Company, Appellant, v. Lake Erie Engineering Works, Respondent.— Judgment affirmed, with costs. All concurred, except Lambert, J., who dissented.

Edward A. Connor, Plaintiff, v. County of Erie, Defendant.— Judgment directed in favor of the defendant upon the submission, without costs. Held, if plaintiff was as he claimed the *de jure* supervisor, still he did not occupy the office or discharge its duties. His remedy to recover the salary which was paid to the *de facto* supervisor is against that person, and not against the county. (*Stemmler* v. *Mayor*, etc., 179 N. Y. 473; *Demarest* v. *Mayor*, 147 id. 203; *Jones* v. *City of Buffalo*, 79 App. Div. 328; affd., 178 N. Y. 45.) All concurred.

Mary E. Dodge Durand, Respondent, v. Floyd Griffin and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John W. Townsend, Appellant, v. Bernice R. Townsend, Respondent. — Order modified by reducing the amount of the allowance to $1,000, and

* See Code Civ. Proc § 1001.— [REP.